UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALBERT WILLIS (#73443)

VERSUS

HONORABLE JUDGE JOHN DOE

CIVIL ACTION

NO. 12-794-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

The Court finds that plaintiff's complaint should be and is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 19th day of February, 2013.

UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA
James J. Brady
For F. J. Polozola.
U.S.D.J.

---

[1] Rec. Doc. No. 4.

Doc#48065